■    Lew Wallace, nee Louis Goldberg, v. Allstate Insurance Company et al.— Motion to dismiss appeal granted, with $10 costs to defendant-respondent Nationwide Mutual Insurance Company.    Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■    Lorraine G. Gibbs v. John A. Gibbs, Also Known as Edmund Gibbs. — Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 17, 1960, with notice of argument for March 1, 1960, said appeal to be argued or submitted when reached.    Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■    All New York Auto Corp. et al. v. Renault, Inc., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached.    Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■    Pierre Bourgeois v. Frank A. Celentano et al., as Executors of Paul V. McNutt, Deceased.— Motion for enlargement of time granted, insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached.    Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached.    Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■    Pamela C. Ilott v. George Deibert.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached.    Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■    Jennie L. Sufrin v. Arbeau, Inc., et al. and Jerome Investors, Inc., Impleaded.— Motion for stay denied and the stay contained in the order to show cause, dated December 29, 1959, is vacated.    The relief sought here may be obtained by the appellants complying with the conditions set forth in the order of Levy, J., entered on December 21, 1959.    Such compliance is to be made within five days after the service of a copy of the order entered herein with notice of entry thereof.    Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.